# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TERRY DEAN ANDERSON, JR. | § | |
| | § | |
| V. | § | CASE NO. 4:22cv780 |
| | § | (Judge Mazzant/Judge Nowak) |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM REJECTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was referred to United States Magistrate Judge

Christine A. Nowak, who issued a Report and Recommendation concluding that the petition for writ

of habeas corpus should be dismissed without prejudice for failure to prosecute.

As this case was filed by Counsel, who remains engaged in the case, the Court hereby

rejects the findings and conclusions of the Magistrate Judge, that the petition for writ of habeas

corpus should be dismissed without prejudice for failure to prosecute, as the findings and

conclusions of this Court.

   **IT IS SO ORDERED**.

   **SIGNED this 17th day of November, 2022.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE